1  David W. Shapiro (SBN 219265)
   BOIES SCHILLER & FLEXNER LLP
2  1999 Harrison Street, Suite 900
   Oakland, California 94612
3  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
4  Email: dshapiro@bsfllp.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES, | CR 99-00096 MMC |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF COUNSEL** |
| MARCO ANTONIO ZAMORA, | |
| Defendants. | |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that David W. Shapiro is no longer the United States Attorney and moves to withdraw as counsel of record from the above entitled case.

Date: January 20, 2009



IT IS SO ORDERED
Judge Maxine M. Chesney

Dated: January 22, 2009

DAVID W. SHAPIRO
Boies, Schiller & Flexner LLP
1999 Harrison Street
Suite 900
Oakland, CA 94612

1

NOTICE OF CHANGE OF COUNSEL
CR 99-00096 MMC